In the Matter of Irving L. Cohen, Appellant, against Board of Education of the City of New York et al., Respondents.

Argued May 16, 1938; decided May 18, 1938.

*William C. Chanler, Corporation Counsel (Paxton Blair* of counsel), for motion.

*A. Spencer Feld* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.